AO450 (Rev. 5/85)   Judgment in a Civil Case

# United States District Court

DISTRICT OF _____ Nevada _____

Claude Cleante,

                              Plaintiff,

        V.

Local Union 226,

                              Defendant.

## JUDGMENT IN A CIVIL CASE

Case Number:  2:13-cv-01930-MMD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant Local Union 226 and against Plaintiff Claude Cleante with prejudice.

July 28, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk